To: John N. Kane, Jr., a man
c/o [U.S. Department of Justice] Tax Division, 601 D Street, N.W. 7th floor, Washington, D.C. 20530

CC: John J. McConnell and William E. Smith 1 Exchange Terrace, Providence Rhode Island

From: John Joseph Fall, a man, c/o temporary: 249 Ralph Talbot Street, South Weymouth, Massachusetts [02190]

Regarding: Case No 1:13-cr-00135-M-LDA, UNITED STATES OF AMERICA vs JOHN J. FALL

Date: August 15, 2014

To

In regard to said case, the Fall Court now presents notice: I [a] man, say here and will verify in open court, all herein is truth; i am an idiot in legal society; my property remains wrongly and unlawfully held, with threat against i, and without my consent; by way of said case; thus i place a Claim of Conusance into said case;

i believe neither plaintiff nor defendant appeared] in or at: any hearings, and "calendar call" that happen on June 28, 2014, about 11AM: see Exhibit A; and Exhibit C;

thus, posthaste, i wish and require you to provide proper and responsive reply to i, within 5 days, for these requests:

- what is the true lawful name and address to plaintiff? (see Exhibit C)
- provide documentary evidence signed by plaintiff, which authorizes you to represent the plaintiff in regard to said case?
- provide completed and signed by plaintiff, federal form AO91 (a.k.a. AO 091) "Criminal Complaint" (Exhibit B) or equivalent (sworn) document;
- what is the true lawful name and address for all [non-testimonial] impartial witness[es]?

Kind regards, John Joseph Fall
John Joseph Fall

## Exhibit A

i [a] man, in living voice attend[ed] so-called "calendar call", host[ed] by the man, John J McConnell on June 28, 2014 at 11:00AM: **i verify these events (excerpts) happen in that call:**

- John J McConnell [did] say "*we have a court reporter here so we are on the record*";

- i say to John J McConnell that "*i am man and i only interact with another man, i do not interact with 3rd parties*"; "*i am not Mr. Fall*;

- John J McConnell [did] say "*i have on the phone John N. Kane and Jeffrey Bender*";

- John J McConnell [did] say "*i also have John J Fall on the phone*" and i ask[ed] twice "*who is John J Fall?*" and no proper response happen;

- i [did] say "*do you realize i have a Claim of Conusance in this case, do you understand what that means?*"; i say again "*i have a Claim of Conusance in this case*"; and no proper response happen;

- i [did] say "*i am not Mr. Fall*"; "*i am a man, only interact with another man, i don't speak legalese ... unless ... "is there a law that requires me to understand legalese?*" and John J McConnell answered "no", and i verbally confirm[ed] he say "no", and neither he nor anyone rebut[ted];

- i say: "*i want to speak to the plaintiff, i want to hear the plaintiff make an accusation*"; "*if the plaintiff is not on the phone, i am hanging up*"; is the plaintiff on the phone?; i require the plaintiff to make an accusation, i wish to settle privately;

- i ask[ed] John J McConnell **about 15 (fifteen) times** "*is the plaintiff on the phone?*" and neither John J MCConnell nor any man nor woman respond[ed];

- *i am going to interpret that you're ignoring my question that the plaintiff is not on the phone, there is no other man with firsthand knowledge on this phone, is that correct?* whereupon John J McConnell continued to ignore my questions and so i say "*i have nothing further to say, thank you for your time*" and i disconnect my phone;

**Exhibit B**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| [                    ] | ) | [           ] |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

> only a [wo]man can have a "belief"

On or about the date(s) of [          ] in the county of [          ] in the [     ] District of [          ], the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

[                              ]
Complainant's signature

[                              ]
Printed name and title

Sworn to before me and signed in my presence.

Date: [          ]

City and state: [          ]

[                              ]
Judge's signature

[                              ]
Printed name and title

( http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO091.pdf )

## Exhibit C - *Plaintiff Must Appear*

Cf. **plaintiff** (n.) [from www.etymonline.com]

c.1400, from Anglo-French pleintif (late 13c.), noun use of Old French plaintif "complaining; wretched, miserable," from plainte (see plaint).

Cf. **appear** (v.) [etymology from www.etymonline.com]

late 13c., "to come into view," from stem of Old French aparoir (12c., Modern French apparoir) "appear, come to light, come forth," from Latin apparere "to appear, come in sight, make an appearance;" from ad- "to" (see ad-) + parere "to come forth, be visible."

---

Cf. Reports of Cases Decided in the Court of Common Pleas, Volume 7
By Ontario. Court of Common Pleas, [Van Allen vs Wigle et al] - pages 462 and 463; about 7th sentence on page 463:

**"Unless the plaintiff appears, the jury cannot "give" or "pronounce" their verdict"**

---

Cf. Sir William Blackstone's Commentary, Book 3, Chapter 3 "Of the Trial By Jury"
(at about the 42nd paragraph)  http://www.lonang.com/exlibris/blackstone/bla-323.htm

"WHEN they are unanimously agreed, the jury return back to the bar; and before they deliver their verdict, the plaintiff is bound to appear. ...

... and if the plaintiff does not appear, no verdict can be given ..."

---

Cf. Smith v. Illinois, 390 U.S. 129 (1968), U.S. Supreme Court

No. 158, Argued December 7, 1967, Decided January 29, 1968

"Where, on cross-examination of principal prosecution witness ...

"Yet, when the credibility of a witness is in issue, the very starting point in "exposing falsehood and bringing out the truth" [Footnote 7] through cross-examination must necessarily be to ask the witness **who he is and where he lives**. The witness' name and address open countless avenues of in-court examination and out-of-court investigation. To forbid this most rudimentary inquiry at the threshold is effectively to emasculate the right of cross-examination itself."

---

CAPITIS DIMINUTIO MAXIMA [meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN] -

The highest or most comprehensive loss of status.

This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave.

It swept away with it all rights of citizenship and all family rights.  See: Inst. 1, 16, pr.; 1, 2, 3; Dig. 4, 5, 11; Mackeld. Rom.Law, 144.

