**Subject:** Camp Sends More Evidence of Criminal Wrongdoing to DOJ

**From:** Ways & Means Republicans (pressfromways&means@mail.house.gov)

**To:** casadecampo57@yahoo.com;

**Date:** Wednesday, July 30, 2014 10:55 AM



## Press Release

**FOR IMMEDIATE RELEASE**　　　　　　　　　　　　　　　　　　　July 30, 2014
**Sarah Swinehart**　　　　　　　　　　　　　　　　　　　　　　　202-226-4774

### Camp Sends More Evidence of Criminal Wrongdoing to DOJ

Washington, DC — Today, Ways and Means Committee Chairman Dave Camp (R-MI) sent additional evidence to the Department of Justice (DOJ) regarding the April 9, 2014 criminal referral letter which laid out evidence of possible criminal wrongdoing by former IRS employee Lois Lerner uncovered through the Committee's investigation.

In releasing the letter, Camp stated, "Despite the serious investigation and evidence this Committee has undertaken into the IRS's targeting of individuals for their beliefs, there is no indication that DOJ is taking this matter seriously. In light of this new information, I hope DOJ will aggressively pursue this case and finally appoint a special counsel, so the full truth can be revealed and justice is served."

In the letter to DOJ, Chairman Camp revealed:

<u>Lerner had a bias against conservatives</u>:

A newly discovered email exchange from Ms. Lerner's official IRS email account, dated November 9, 2012, directly demonstrates Ms. Lerner's deep animus towards conservatives, which she refers to as "---holes." Lerner further illustrates her disgust with conservatives, even suggesting they will ruin the country. In her email, Lerner states: "So we don't need to worry about alien teRrorists. (sic) It's our own crazies that will take us down." This email shows that Ms. Lerner's mistreatment of conservative groups was driven by her personal hostility toward conservatives.

<u>Lerner used her personal email for official business, including taxpayer information</u>:

The Committee also found that Lerner used her personal email for official business, including confidential return information. The Committee believed that further investigation, using resources available to the Department of Justice, could reveal whether there was unauthorized disclosure of taxpayer information in violation of the law. A newly discovered email from February 22, 2012 shows an exchange between Ms. Lerner and an IRS IT professional regarding a "Virus on Home PC." In the exchange, Ms. Lerner indicates that she kept work

information on her home computer, some of which may have been lost. She further states that her computer may have been "simply hacked because my password was too simple." This exchange further raises concerns that taxpayer information may have been leaked.

The full letter can be read here.

### 

Ways and Means Press Office
www.WaysandMeans.House.gov

