DAVE CAMP, MICHIGAN,
CHAIRMAN

SAM JOHNSON, TEXAS
KEVIN BRADY, TEXAS
PAUL RYAN, WISCONSIN
DEVIN NUNES, CALIFORNIA
PATRICK J. TIBERI, OHIO
DAVID G. REICHERT, WASHINGTON
CHARLES W. BOUSTANY, JR., LOUISIANA
PETER J. ROSKAM, ILLINOIS
JIM GERLACH, PENNSYLVANIA
TOM PRICE, GEORGIA
VERN BUCHANAN, FLORIDA
ADRIAN SMITH, NEBRASKA
AARON SCHOCK, ILLINOIS
LYNN JENKINS, KANSAS
ERIK PAULSEN, MINNESOTA
KENNY MARCHANT, TEXAS
DIANE BLACK, TENNESSEE
TOM REED, NEW YORK
TODD YOUNG, INDIANA
MIKE KELLY, PENNSYLVANIA
TIM GRIFFIN, ARKANSAS
JIM RENACCI, OHIO

JENNIFER SAFAVIAN,
STAFF DIRECTOR

# Congress of the United States
## U.S. House of Representatives
COMMITTEE ON WAYS AND MEANS
1102 LONGWORTH HOUSE OFFICE BUILDING
(202) 225-3625
Washington, DC 20515-6348
http://waysandmeans.house.gov

SANDER M. LEVIN, MICHIGAN, RANKING MEMBER
CHARLES B. RANGEL, NEW YORK
JIM MCDERMOTT, WASHINGTON
JOHN LEWIS, GEORGIA
RICHARD E. NEAL, MASSACHUSETTS
XAVIER BECERRA, CALIFORNIA
LLOYD DOGGETT, TEXAS
MIKE THOMPSON, CALIFORNIA
JOHN B. LARSON, CONNECTICUT
EARL BLUMENAUER, OREGON
RON KIND, WISCONSIN
BILL PASCRELL, JR., NEW JERSEY
JOSEPH CROWLEY, NEW YORK
ALLYSON SCHWARTZ, PENNSYLVANIA
DANNY K. DAVIS, ILLINOIS
LINDA SÁNCHEZ, CALIFORNIA

JANICE MAYS,
MINORITY CHIEF COUNSEL

June 19, 2013

Mr. John Joseph Fall
300 Centerville Road Suite 200
Warwick, RI 02886

Dear Mr. Fall,

Thank you for your recent submission to the Committee on Ways and Means IRS Political Discrimination Investigation website.

As indicated on the website, your personal information will not be shared without your permission. In the event that your submission is determined pertinent to a specific aspect of the investigation, Ways and Means Committee staff will contact you directly.

Again, thank you for your willingness to share your experiences with the IRS. This kind of input will help everyone working on this investigation take the steps necessary to end this abuse, so the American public can be confident that their government serves and respects them – regardless of their beliefs.

Sincerely,

DAVE CAMP
Chairman