Notice of Incompetent Counsel
and Obstruction of Justice

by way of

Declaration of an Affidavit

by the man, John Joseph Fall

page 1 of 2

FILED
2015 JAN 13  A 11: 59
DISTRICT COURT
DISTRICT OF RHODE ISLAND

in regards to case 1:13-cr-135 and its variations and derivatives of syn tax); and my prescens in Courtroom 3 & 4: ~~on January 13~~

i, a man, do state the following facts as my sworn testimony by affirmation, as my firsthand knowledge:

Fact #1: the man, John J. McConnell Jr. who sometimes acts as Judge did and does obstruct justice by way of:

a) obstruction and trespass upon My right to redress of grievances and due process of law by not allowing me to assert My right to identify Myself and state my purpose for being in Courtroom 3 at or near 9:10AM

and

b) by way of forcing a member/officer of the court upon i, a man as counsel against my will, to represent me;

Fact #2: i require to exercise my right to 'assistance of counsel' as secured by the 'Supreme Law of the land" known as the 'common law' by way of the 7th and 9th amendment (a.k.a. Article 7 and Article 9 in the Bill of Rights)

Fact #3: Kevin Fitzgerald is the man who the said John J. McConnell forced upon me as so-called counsel, against my will, which i stated orally on the record; and Kevin Fitzgerald has confided in me that he is not ~~competente~~ (competent) in assisting a man in 'common law' ~~for~~ a 'common law' defense;

Fact #4   i require assistance of counsel who specializes in 'common' 'law' by way of a 'court of record' as described in my Declaration in the Nature of an Affidavit for Court of Record' as filed into said case and properly served upon John N. Kane, Jr. and said John J. McConnell, Jr.

Fact #5:   That i repeatedly objected, in living voice, to said obstruction and trespass;

Fact #6:   That i repeatedly said to John J. McConnell, Jr that i wish to assert My rights to redress of grievances, due process of law and my right to not be subjected to involuntary servitude; and yet the said John J. McConnell, Jr. orderd me to be physically removed from the court room by way of assault and battery upon my human body;

Fact #7:   That i have not and do not waive any of My rights including but not limited to My right to choose My choice of assistance of counsel, My right to redress of grievances; and My right to due process of law; and My right to not be subject to involuntary servitude;

Fact #8:   i require My right to put My sworn testimony on the record, posthaste; i affirm here and will affirm in open court that all herein be true,

*John Joseph Fall*
John Joseph Fall, [a] man