UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>JOHN J. FALL )<br>      Defendant. )<br>_____ ) | CR No. 1:13-cr-00135-M-LDA |

## ORDER

The defendant in the above matter, John J. Fall, is hereby ordered as follows:

In order to remain in the Courtroom during the proceedings, and not be removed from the Courtroom, he shall abide by the following rules:

1. He must obey all Orders of the Court.

2. He is not to interrupt the Court at any time, for any reason.

3. He may speak only when recognized by the Court and permitted to speak. He is to signify his desire to speak by rising.

4. He will be given ample opportunity to object and to place matters on the record, so long as those matters are relevant and germane to the proceedings.

5. Other than at those times, he is to remain quiet.

If he does not abide by these Rules and is removed from the Courtroom, the following will occur:

1. He will be placed in another room from which he will be able to watch all courtroom proceedings.

2. He will have audio access to stand-by counsel at all times during the proceedings.

3. He may reclaim the right to be present in the courtroom by assuring the Court that he will not engage in inappropriate behavior.

IT IS SO ORDERED:

_____
John J. McConnell, Jr.
United States District Judge

Dated: January 13, 2015