*filed 3:18 pm*

# Declaration in the Nature of an Affidavit in support of interfere[nce] with due process of law

FILED
2015 JAN 15 P 3:19
DISTRICT COURT
DISTRICT OF RHODE ISLAND

In regards to case 1:13-cr-135 (and its variations and derivatives of syntax):

*Affirmation*

i say here that the following facts are true, correct and without intent to mislead, and given on my unlimited liability as a man;

## Statements of Facts

**Fact #1:** That from the time i was forced against my will to hear the proceedings solely from Courtroom 4 (that was happening in Courtroom 3) in regards to said case, there were numerous and frequent occasions when i could not hear the audio while the prosecutor was speaking, while the (judge) John J. McConnell, Jr. was speaking, while prospective jurors were speaking;

**Fact #2:** That the happenings decribed in Fact #2 (#1) happened on both January 13th, 2015 and January 14th, 2015 to a degree that obstructs my ability to comprehend the substance of the proceedings; which results in diminishing, impairing and obstructing My right to due process of law;

**Fact #3:** that i have at least two witness who verbally confirmed the same experience to me, in regards to Fact #1 and the dates in Fact #2;

**Fact #4:** i believe it is crucial for defense for me to have a transcript of all the foregoing described proceedings to testify; and i believe no man or woman has or will verify contrary; and at least two days to study, read and prepare,

*John Joseph Fall*   12/15/15
John Joseph Fall, a man