IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:13-cr-00135-M-LDA |
| | ) |
| JOHN J. FALL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On the Government's oral motion in this matter on January 16, 2015,

And it appearing to the satisfaction of the Court:

1. That CARMEN SANCHEZ has been called to provide testimony at trial, and

2. That CARMEN SANCHEZ has refused to provide the information on the basis of the privilege against self-incrimination, and

3. That in the judgment of said United States Attorney, the testimony or other information from the witness may be necessary to the public interest, and

4. That the instant application filed herein has been made with the previous approval of the Deputy Assistant Attorney General of the Tax Division of the Department of Justice, with the concurrence of the Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested by 18 U.S.C. Section 6003 and 28 C.F.R. Section 0.175(a), and for good cause shown;

IT IS on this 16th day of January, 2015,

ORDERED pursuant to 18 U.S.C. Sections 6002 and 6003 that CARMEN SANCHEZ provide the information that she refuses to give or provide on the basis of her privilege against self-incrimination as to all matters about which she may be questioned.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order or any information directly or indirectly derived from such testimony or other information may be used against CARMEN SANCHEZ in any criminal case, except a prosecution for perjury, giving a false statement, or failing to comply with this Order.

_____
The Honorable John J. McConnell, Jr.
United States District Judge