FILED

2015 JAN 20  A 9: 09

DISTRICT COURT
DISTRICT OF RHODE ISLAND

Case 1:13-cr-135 (and its variations
and derivatives in spelling)
UNITED STATES OF AMERICA
vs
JOHN J FALL

notice: sworn testimony

i, a man, John Joseph Fall, not the actor require
to now present my testimony in living-voice
to the 'trial by jury'; with all twenty (20)
of my 'Declarations in the Nature of Affidavits'
which are also My sworn testimony for the jurors;
and which i require are all entered as evidence
to be seen and presented to each juror; i make
this 'notice: sworn testimony' subject to all points
in said 'Declarations in the Nature of Affidavits'
especially My unwaivering requirement for all matters
to 'be settled solely in 'common law' by way of a 'court of record'
and My choice of 'assistance of counsel' (which is obstructed by
John J. McConnell, Jr at present time; i affirm
that all herein be true and will verify in open court
John Joseph Fall
John Joseph Fall, a man        1/20/2015