

**Case No. 1:13-cr-135** (and its variations and derivatives of syntax)
UNITED STATES OF AMERICA v JOHN FALL

# Declaration in the Nature of an Affidavit

## (short version)

## regarding:

## innocence or guilt of the accused;

## and to report

## Obstruction and Deprivation of Rights,

## and Jury Tampering;

January 19, 2015

i am the man, John Joseph Fall, who declares by affirmation that these points are the truth about my beliefs:

1. Each day since January 13, 2015, i enter this public courthouse to show i have done no wrong, in regards to the case: UNITED STATES OF AMERICA v JOHN J FALL;

2. against My will and over My objection (stated on the record), i have been watching the trial of that case, from a separate court room since January 13th, 2015 every day, and all day;  see 'Exhibit A' adjoined;

3. None of the documents shown are presented by anyone who swears they saw the creation of those documents with their own eyes. That is NOT firsthand knowledge; Nor did they swear that such documents are accurate.

4. All amounts i heard quoted as unpaid taxes, were not sworn by the man or woman who created the record of those amounts; Therefore, those amounts do not come from firsthand knowledge; **Nor were they sworn as being accurate.**  [This trial has been all smoke and mirrors, and theatrical tricks to create false appearance.]

5. Think about this:  If there is no debt sworn with firsthand knowledge, to be true, due and owing, then how can i settle such debt? [If you ask a waiter how much was the cost of a meal and he said between $30 and $50, how would you know what the true amount is to pay? And if you did not pay him, how could he sue you if he wasn't willing to swear to the exact amount as true, due and owing? The IRS workers have not provided such amount;

6. i have not been presented with fact or evidence being sworn as firsthand knowledge, which proves that: **a)** i acted with any of these: criminal intent, intent to deceive, intent to obstruct a known duty or a specified section of the law; **b)** that i believed i was aware of a specific section of law that applied to me;

7. i have not been presented with an accusation or, document such as an Affidavit or indictment, **being sworn under oath or affirmation**, with firsthand knowledge, indicating that i caused a harm, injury and/or financial loss stated as true, due, and owing;  And i believe no such accusation or document will ever come forth!  Therefore, i am neither defendant, nor Plaintiff;

8. After i receive such sworn accusation or Affidavit, i wish for a forensic signature expert to compare My signature to all signatures alleged to be connected with any wrongdoing; [ i insist. ]

9. i have filed and served on the prosecutor, My nineteen (19) 'Declarations in the Nature of Affidavits' **which are My sworn testimony for the jury**, and yet, not a single point has been rebutted ( ! );  i believe that is fraud;

10. [Per 9th Amendment:]   **i have a right in 'common law' to face and cross examine my accuser**; to hear his/her accusation sworn as true and based on firsthand knowledge;  **i believe no such accuser exists**; which is why i have filed into this case, two sworn claims against the man, John N. Kane, Jr. who acts as prosecutor; for 'fraud' and for 'vindictive and malicious prosecution';   **Only i have a sworn claim in this case;**

11. Since Jan. 13, 2015: against My will and over My objections (stated on the record), My rights have been and remain obstructed and deprived by the man John J. McConnell, Jr. who sometimes acts as Magistrate/Judge:

    a) He threatened me (see Exhibit A) for trying to put My sworn testimony on the record, to identify Myself as a man with a written, sworn claim against the man, John N. Kane, Jr. [prosecutor], and My purposes for being there;

    b) He forced appointment of his choice of counsel, a biased 'officer of the court', upon me, which obstructed and trespassed upon My right to My Choice of 'assistance of counsel'; at all times, i reject said appointment;

    c) My rights to: interview each prospective juror, to cross-examine every witness, and My right to subpoena 41 witnesses in My favor;

    d) My right and requirement to settle all matters by way of the 'Common law', in 'court of record';

[ *Dear juror, now can you see what is going on here? i look forward to testifying before you.* God Bless.]

John Joseph Fall
John Joseph Fall, [a] man,

page 3 of 3

Jury Tampering

**Exhibit A**

→ Regarding obstructing my testimony <u>and</u> misleading the jury by way of 'jury tampering' (the "Judge" makes jurors think he has authority to tell the jurors how to think and who they can speak to); thus, i now present:

<u>Though i do not comprehed legalese, nor am i required to,</u> **i believe i saw that** TITLE 18 - CRIMES AND CRIMINAL PROCEDURE PART I - CRIMES;   CHAPTER 73 - OBSTRUCTION OF JUSTICE   § 1512.   **appears to show:**

(a)(2)   Whoever uses physical force <u>or the threat of</u> physical force against any person, or attempts to do so, with intent to —   (A) <u>**influence**</u>, delay, or <u>**prevent**</u> the testimony of any person in an official proceeding;

(b)   Whoever **knowingly uses** intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in **misleading conduct** toward another person, with intent to—
(1) <u>influence, delay, or prevent the testimony</u> of any person in an official proceeding;

*Regarding the unlimited power and authority of jurors:*

**i believe i saw that** State of Georgia vs. Brailsford, et al, 3 Dall 1 **appears to show:**

   "You have a right to take upon yourselves **to judge of both**, and <u>to determine **the law as well as the fact**</u> in controversy."

**i believe i saw that**   U.S. vs Dougherty, 473 F 2nd 1113, 1139, (1972)   **appears to show:**

   "The JURY has an unreviewable and <u>**unreversible power**</u>...to aquit in disregard of the instructions on the law given by the trial judge..."   [*The BAR association doesn't want you to know this!*]

**i believe i saw that**   U.S. vs Dougherty, 473 F 2nd  note 32 at 1135  (1972)   **appears to show:**

"The jury gets its understanding as to the arrangements in the legal system <u>from more than one voice</u>. There is the formal communication from the 'judge'. There is the informal communication from the total culture - literature, current comment, conversation; and, of course, history and tradition."

**i believe i saw that**   U.S. vs Dougherty, 473 F 2nd  note 32 at 1130  (1972)   **appears to show:**

   "<u>Jury lawlessness is the greatest corrective of law</u> in its actual administration. The will of the state at large imposed on a reluctant community, the will of a majority imposed on a vigorous and determined minority, find the same obstacle in the local JURY that formerly confronted kings and ministers." (emphasis added)

-----

**i believe i saw that** the United Stated Supreme Court case known as 'West Virginia State Board of Education v. Barnette, 319 U.S. 624 (1943) **appears to show:**

   **Majority**:
   "If there is any fixed star in our <u>constitutional</u> constellation, it is that **no official**, high or petty, <u>can prescribe</u> what shall be orthodox in politics, nationalism, religion, **or other matters of opinion** <u>or force</u> citizens to confess by word <u>or act</u> **their faith** therein."
   (Justice Robert Jackson)