1:13-cr-135 (and its variations and derivatives of ~~syntax~~ syn)

FILED

2015 JAN 21  A 9:24

DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
vs.
JOHN J. Fall

at 'Federal Court' 1 Exchange Terrace, Providence, Rhode-Island

---

## notice: move claims

'Fall Court' presents notice:

i, the man, John Joseph Fall, now wish, order and require to move my sworn testimony in support of my sworn claims against the man, John N. Kane, Jr.; at said 'Federal Court', by way of a 'court of record' in accord to 'common law' (secured by 9th Amendment to the Federal U.S. Constitution); which are My twenty 'Declarations in the Nature of Affidavits' shown in the adjoined Exhibit A, plus My 'Declaration in the Nature of an Affidavit in Support of My 16 Declarations in the Nature of Affidavits'; plus 'Claim: Trespass (Fraud)', plus:

(3 pages) Declaration in the Nature of an Affidavit (Short Version) regarding: innocence or guilt of the accused; and to report Obstruction and Deprivation of Rights, **Jury Tampering**; plus Exhibits 1+2 (both titled: 'Notice of Obstruction of Justice supported by Declaration in the Nature of an Affidavit by the man, John Joseph Fall;

(16 pages) 'Declaration in the Nature of an Affidavit regarding: innocence or guilt of the accused; and to report Obstruction and Deprivation of Rights; and **Jury Tampering**;

All of said sworn testimony and sworn claims (see also 'Claim: Trespass (Fraud)', are filed into the Clerk's office at said 'Federal Court'; which i now require to be presented as evidence to a 'trial by jury', posthaste; i affirm here and will verify in open court, that all herein be true; Neither the accuser nor "Plaintiff" has sworn accusation relif can be granted; ~~Kind Regards~~, against me; only i have sworn accusation (claim) upon which in regards to case 1:13-cr-135 etseq.; i require tha i, a man cross examine all witnesses and accusers against me, and all 42 witnesses in my favor as shown in my subpoenas filed in said case; *John Joseph Fall* 1/21/2015
John Joseph Fall, a man

## **Exhibit A**  [Affidavits]

| | Date filed |
|---|---|
| • 'Declaration in the Nature of an Affidavit in support of 'notice: Abuse of due process'' | Dec 19 |
| • **Declaration in the Nature of an Affidavit for My Claim: Trespass (Fraud)** | Dec 30 |
| → • **'Declaration in the Nature of an Affidavit for Summons to 'Fall Court", for Harm to i and Injury to My property'**   [swears to harm and injury by wrongdoer(s)] | Jan 5 |
| → • **'Declaration in the Nature of an Affidavit vindictive and malicious prosecution'**  [swears to harm and injury by wrongdoer(s)] | Jan 7 |
| • 'Declaration in the Nature of an Affidavit regarding <u>Grand Jury</u>" [demonstrates the fraud of the wrongdoers] | Dec 30 |
| → • "Declaration in the Nature of an Affidavit in support of <u>no civil and no criminal liability</u> against JOHN J FALL" [demonstrates the fraud of the wrongdoers & IRS workers] | Dec 19 |
| • 'Declaration in the Nature of an Affidavit of <u>obstruction and trespass against My right to due process of law</u>'; [demonstrates the fraud of the wrongdoers & IRS workers] | Dec 19 |
| • 'Declaration in the Nature of an Affidavit to <u>challenge subject matter jurisdiction</u>'; | Jan 5 |
| • 'Declaration in the Nature of an Affidavit to <u>object to "Text Orders" and the like</u>' | Jan 7 |
| • 'Declaration in the Nature of an Affidavit <u>for 'Court of Record</u>'   [a due process right] | Dec 30 |
| • 'Declaration in the Nature of an Affidavit of Revocation and Rescission; JOHN J FALL' | Dec 19 |
| • 'Declaration in the Nature of an Affidavit regarding <u>IRS Form 1040</u>';   [a "bootleg form"] | Dec 30 |
| → • 'Declaration in the Nature of an Affidavit pertaining to '<u>Assistance of Counsel</u>', and Accusations'   [ a direct rebuttal to the unsworn verbal rumors/opinions/hearsay ] | Jan 5 |
| • '<u>Amended</u> Declaration in the Nature of an Affidavit pertaining to 'Assistance of Counsel', and Accusations' | Jan 7 |
| • Declaration in the Nature of an Affidavit of Subpoenas and Simultaneous Trials | Dec 30 |
| • Declaration in the Nature of an Affidavit of Subpoenas & Evidence for My right to Due Process of Law' | Dec 23 |

# Verifiable Certificate of Service

FILED

i, the man, John Joseph Fall, ~~does hereby~~ verify that i ~~filed~~ mailed the following described documents to both John J. McConnell, Jr. and John N. Kane, Jr. on the 21st day of January, 2015 as described below

(2 pages) 'notice: move claims' with 'Exhibit A'

which i mailed by Certified Mail
<u>7014 2870 0002 2963 0450</u>
to: John N. Kane, Jr.
c/o U.S. Dept. of Justice
Tax Division, 7th floor,
601 D Street, N.W
Washington, D.C. 20530

and i also mailed by Certified Mail
<u>7014 2870 0002 2963 0467</u>
to: John J. McConnell, Jr.
c/o 'Federal Court';
1 Exchange Terrace
Providence, Rhode Island 02903

