UNITED STATES OF AMERICA
vs.
JOHN J. FALL

1:13-cr-135
(and its variations of syntax)

FILED
2015 JAN 21 P 3:05
DISTRICT COURT
DISTRICT OF RHODE ISLAND

Verified

---

## Claim: Trespass (Fraud)

Fall Court presents notice;

in regards to case 1:13-cr-135 (and its variations of syntax)

i, a man, aggrieved, claim that 'UNITED STATES OF AMERICA' did and does harm to i, by way of said case; said case is fraud; and did and does harm to i, and interfere[s] with My rights to: locomotion, time, health, and peace of mind;

[therefore] i wish and require said court to order:

1. cease and desist said case;
2. immediate discharge of said case;
3. immediate restoration of property;

i wish and require to move my said claim, posthaste, and at same time as 1:13-cr-135 (said above) solely in 'common law' by way of a 'court of record'; i wish and require to surrender this claim solely to a 'trial by jury'; i have filed numerous 'Declarations in the Nature of My Affidavits' (listed in 'notice: move claims' filed Jan. 21, 2015) which are sworn testimony and support this claim; all of which, i require to be presented to the 'trial by jury as my claim and evidence;

i am neither defendant nor plaintiff in regards to said case, nor any matters in or at the public courthouse at 'Federal Court' and/or UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

i declare by affirmation that all herein is true and i will verify in open court is true;    *John Joseph Fall*
John Joseph Fall, a man