1:13-cr-135 (and its variations of syntax)

UNITED STATES OF AMERICA

v

JOHN J FALL

### Verifiable True Copy

Fall Court presents notice:

In regards to case 1:13-cr-135;

i, a man, John Joseph Fall, do say here, by affirmation, that i verify the adjoined document title: "Claim: Trespass (Fraud)" is a true and accurate copy of the original, which is held in my possession for purpose of being surrendered solely to a 'trial by jury' in 'common law' by way of a 'court of record' and <u>not</u> to any other court;

i will verify in open court, that all herein be true;

*John Joseph Fall*
John Joseph Fall, [a] man

