1:13-cr-135
UNITED STATES OF AMERICA
vs.
JOHN J Fall

FILED

2015 JAN 23 P 4:14

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

The Fall Court presents notice;
in regards to case 1:13-cr-135 (and its variations and derivatives of syntax):

'notice: stricken testimony'

i, a man, John Joseph Fall do say by affirmation:

1.) That i do not consent to, and i object to, John J. McConnell, Jr.'s allowing my sworn testimony both orally and in writing, being stricken from consideration by the jurors

2.) i believe such "stricken" is a horrendous and unlawful obstruction against, and deprivation of, my rights;

3) i object to, and do not consent to, all references to i, a man, as "Mr. Fall" when such term/phrase indicates a person; because at all times i appear specially, solely as a man with all rights retained; and solely in 'common law', **not** any kind of statutory and/or administrative court.

4) i believe no man, woman, and/or actor will contract this notice by way of oath or affirmation;
i will verify this document in open court;

John Joseph Fall
John Joseph Fall    January 23, 2015