| | |
|---|---|
| 1:13-cr-135 (and its variations and derivatives of spelling) | |
| UNITED STATES OF AMERICA vs. JOHN J FALL | |

FILED
2015 JAN 26 A 10: 11
DISTRICT COURT
DISTRICT OF RHODE ISLAND

To: John J. McConnell, Jr. c/o 'Federal Court'
1 Exchange Terrace, Providence, Rhode-Island 02903
by way of <u>Certified Mail 7014 1090 0000 9921 9393</u>

To: David Dimarzio. c/o Clerk's Office at 'Federal Court'
1 Exchange Terrace, Providence, Rhode-Island 02903
by way of <u>Certified Mail 7014 1090 0000 9921 9416</u>

To: John N. Kane, Jr. c/o U.S. Department of Justice, Tax Division, 601 D Street, N.W.
7th Floor, Washington, D.C. 20530 by <u>Certified Mail 7014 1090 0000 9921 9409</u>

From: John Joseph Fall, [a] man; c/o temporary address: 108 Princess Avenue,
Cranston, Rhode Island 02920    401-264-0556

Date: January 25, 2015

### notice - responses required

'Fall court' presents notice; in regards to case 1:13-cr-135 (and its variations and derivatives of syntax):

i, the man, John Joseph Fall, say by affirmation that all of the following statements of fact are the truth about My beliefs; and i have not been presented with verifiable facts or evidence which contradicts the substance of these Statement of Facts:

### Statements of Facts

1. that, i have filed all of the following documents ((a), b), c), d) and e)) into said case:

    a) 'notice: January 23, testimony' ( filed January 25, 2015); notice: Jan.22, testimony (filed Jan 23, 2015); and 'notice: stricken testimony' (filed Jan. 23, 2015)
    b) 'Declaration in the Nature of an Affidavit regarding: innocence or guilt of the accused;
        and to report Obstruction and Deprivation of Rights and Jury Tampering';
    c) 'notice: sworn testimony' (filed Jan. 20, 2015);
    d) 'Notice of Obstruction of Justice supported by declaration of the Nature of an Affidavit
        by the man, John Joseph Fall' (two with same titled were filed Jan 13, 2015);
    e) 'notice: move claims' (filed Jan 21, 2015);
    f) 'Claim: Trespass: Fraud' (filed Jan 21, 2015) (against UNITED STATES OF AMERICA);

2. that, not later that noon of January 31, 2015: **A)** i require and said John J. McConnell, Jr. to provide a sworn rebuttal to a), b), c) and d) above; **B)** i require the man, David DiMarzio, who sometimes acts as Clerk, to provide a sworn rebuttal to e) above; **C)** i require UNITED STATES OF AMERICA ("Plaintiff") to provide a sworn rebuttal to a), b), c), d) and e) above;

3. failure to provide said rebuttal as said, indicates unreserved, full-knowing acceptance of each such point not rebutted;

End of Statements of Facts.

i will verify that all herein be true, in open court;  _John Joseph Fall_  1/26/2015
                                                       John Joseph Fall, amen