UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR No. 13-135-M |
| ) | |
| JOHN J. FALL, ) | |
| Defendant. ) | |

## JURY VERDICT FORM

As to Count 1, we the Jury unanimously find the Defendant, John J. Fall:

_____        \_\_\_✓_____
NOT GUILTY         GUILTY

As to Count 2, we the Jury unanimously find the Defendant, John J. Fall:

_____        \_\_\_✓_____
NOT GUILTY         GUILTY

As to Count 3, we the Jury unanimously find the Defendant, John J. Fall:

_____        \_\_\_✓_____
NOT GUILTY         GUILTY

As to Count 4, we the Jury unanimously find the Defendant, John J. Fall:

_____          ___✓_____
NOT GUILTY          GUILTY

Signature of Foreperson:                    Date: Jan. 26, 2015