UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
v                                              1:13-cr-00135-M-LDA
JOHN J FALL

-----------------------------------------------------------------------------------

'Fall Court' presents notice:

### 'notice: Suit; Claim'

In regards to case 1:13-cr-135 (and its variations and derivatives of syntax): i, [a] man, John Joseph Fall, a private citizen, without surety to the public, declare by affirmation, and will verify in open court, that the following are My true beliefs and not misleading;

1. That have not been presented with any facts or evidence as firsthand knowledge, under oath or affirmation, which are contrary to the contents of this document;

2. i am a private citizen on this land, without surety to the public; without titles and without characteristic of a person relevant to said case and relevant matters; i am not now, nor have i ever been: the accused, the defendant, the thing "Pro Se", nor represented by an attorney and/or anyone else; nor liable for the person(s) JOHN JOSEPH FALL, JOHN J FALL, JOHN J. FALL, John J. Fall, John J Fall;

3. i am an idiot [man in private] in regards to the legal society;

4. i, have asserted the only verifiable claim in the record; which is verified in living voice; there is no other verifiable claim on the record; see adjoined documents, which are properly served upon wrongdoer;

5. i am entirely excluded from the 'Trading with Enemy Act', the 'War Powers Act'; Statutes and codes;

6. that i am an interested 3rd party with an interest in said case, since said case damages My property: My time, freedom, innocence, reputation, dignity, locomotion, earning ability, peace of mind, happiness, proximal relationship to My father and My offspring, which are all My property;

7. That My rights are hold in trust to which i am the grantor and Beneficiary; and multiple [wo]man, by way of said case, interfere with, and damage said rights;

8. Let the record show that the presiding Magistrate/"Judge" agrees by acquiescence **that said trust, is in the private, is a variable in this case, and that i am not the trustee;** and said trust is unchallenged;

9. By equity, i claim all rights, title and interest in said case as a private citizen with superior claim to said property [viz: doctrine of equitable title.] [Cf. U.C.C. Article 8, footnote; Cf. Fed Rule Crim Proc 32(c)(1); Cf. "property" .... by due process" in 5th Amendment; Cf. Article 6, Clause 2];

10. That said case interferes with, and trespasses upon, My property and My beneficial interest in said trust, which are all in the private;

### My Claim stated, upon which i can obtain redress:

11. That the immediate abatement and disposal of said case and immediate restoration of all property affected by said case and all relevant matters, is now necessary and proper and must happen now without condition; i now wish and require said abatement, disposal and restoration;

12. That failure to provide said abatement results in a conflict of variance to be adjudicated in Equity, at My sole discretion, in a 'federal district court' in the United States, sitting in exclusive jurisdiction of equity and Special terms; i hereby grant the court by special deposit, the use of My name for immediate return of My interest;

---

[ NOTICE: *Cf.* TITLE 18 - CRIMES AND CRIMINAL PROCEDURE

PART I - CRIMES;  CHAPTER 73 - OBSTRUCTION OF JUSTICE   § 1512.
(b)  Whoever <u>knowingly</u> uses intimidation, threatens, or <u>corruptly persuades another person</u>, or attempts to do so, or engages <u>in misleading conduct</u> toward another person, with intent to—
(1) <u>influence, delay, or prevent the testimony</u> of any person in an official proceeding; ]

---

There are twelve (12) statements between this page and the foregoing 2 pages of this document titled "'**notice: Suit; Claim'**;" and i require (by right and authority) that each of, the accuser, the Plaintiff, and John N. Kane, Jr. must rebut each and every statement (all 12 said statements) within these pages, within seven (7) days, under oath or affirmation, as firsthand knowledge; and mail to Me at John Joseph Fall c/o 36 Otis Street, Milton, Massachusetts [02186]; and file into said case 1:13 – cr – 135M (and its variations of syntax);

Failure to rebut, as said, indicates full-knowing, unreserved and unconditional agreement with each statement that is not clearly and unequivocally rebutted;

BY: *John Joseph Fall, a man, a private citizen*           4-14-15
Signature                                                  Date

John Joseph Fall, a man, a private citizen
Printed name

Notice: All documents bearing My signature are solely My property, until i, at My sole discretion, surrender such documents to Equity court, for redress in 'common law' for i, a man, a private citizen;

This Affidavit/Jurat pertains to the foregoing 3 pages titled: "'**notice: Suit; Claim**';"

## Affidavit/Jurat

County __Providence__

State __State of Rhode-Island__

I, __Sandy L Paul__ a Notary Public, do verify by My signature below, that **the man**, John Joseph Fall, being known to Me and/or showing Me satisfactory picture-identification by way of a <u>temporary driver's license</u> that he is **the man** who now appears before Me and signed his signature on the foregoing page, in My presence and view and he did clearly state (say) out loud, **in living voice** before Me: "all statements in the foregoing pages, under title, "'**notice: Suit; Claim**';" are My truth as a man and private citizen, without intent to mislead,".

__Sandy L Paul__                                              __04/14/15__
Notary Signature                                              Date

__Sandy L Paul__                                              Seal:
Notary Printed Signature

__05/27/2018    #58179__
My commission expires (or license#)