# United States Court of Appeals
## For the First Circuit

No. 15-1513

IN RE: JOHN J. FALL,

Petitioner.

Before

Lynch, Chief Judge,
Howard and Thompson, Circuit Judges.

**JUDGMENT**

Entered: May 1, 2015

The petition for writ of mandamus is denied.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Kevin J. Fitzgerald
Tara I. Allen
John J. Fall
Gregory Victor Davis
Donald Campbell Lockhart
John Noel Kane Jr.
Mark Sterling Determan
Christopher Paul O'Donnell
Jeffrey Brian Bender