Federal District Court
One Courthouse Way, on the land of
Boston, Massachusetts

case [15-1513]

FILED
2015 MAY 19 P 1:25
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Fall Court presents notice:

Notice and Demand [respectfully]:
bring forth the accuser to face the accused;
[Cf. Habeus Corpus Act]

In regards to case 1:13-cr-135M (and its variations) at 'Federal District Court', at Providence, Rhode-Island; I, the man, John Joseph Fall ("i", "Me") declare by affirmation with firsthand knowledge, that the following statements are My truth, to the best of My knowledge and beliefs, without intent to Mislead; and My required redress is just, fair, necessary and proper; and i believe no [wo]man will say contrary; i will verify all herein be true, in open court;

1. i and My property are falsely imprisoned; plus damage happens to My interest;
2. i have not interacted with said case and relevant matters, as My person;
3. i have not been presented with an accusation under oath or affirmation, as firsthand knowledge, which demonstrates i did or do wrong;
4. i have not done or caused a harm, injury and/or financial loss stated as true and accurate; and neither My person nor i has breached a valid contract;

Page 1 of 3

5. i am a Pre-1933, Private Citizen, not a Public Citizen; nor am i a surety; nor am i a trustee;

6. Therefore, it is now necessary and proper to bring forth the accuser to make accusation to My face, under oath or affirmation, as firsthand knowledge, or, for said court to cause immediate abatement, discharge and disposal of said case; see Ecclesiastes and Acts 25:16, Bible; KJV; it is My essential, God-given right to face My accuser and the accused who affects My property wrongly [Cf. 9th amendment, Bill of Rights]; to hear the accusation of a wrong, stated with firsthand knowledge, under affirmation or oath;

7. At all times, i wish and require to obtain justice and redress, solely by way of the Supreme law of the land, the common law, meaning, God's law as required by God in the Holy Scriptures; see Ecclesiastes 12:13 and Acts 25:16; KJV; with the aid of the Maxims of Equity ("Equity does what ought to have been done") Cf. Article 6, Clause 2; Cf. 7th and 9th amendments in Bill of Rights, "... rights ... retained ..."; without the will of the legislature;

8. i do not comprehend legal language; i am an idiot (a man in private) relevant to the legal society; i do not wish to participate in, at, or with the legal society; Cf. 13th amendment in federal Constitution;

9. Failure by "Plaintiff" and accuser to rebut, within 7 days, each of the foregoing 8 statements, under oath or affirmation, as firsthand knowledge, indicates acceptance as truth;

i will verify that all herein be true, in open court;

Notice: This document and all documents bearing My signature, are solely My property; except payments and expressly designated "deed(s)" and "gifts";

BY: john joseph Fall, agent,    May 8, 2015

John Joseph Fall, a man,
Private Citizen, agent