One Courthouse Way, on the land of
Boston, Massachusetts

case [15-1513]

FILED
2015 MAY 19 P 1:26
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

'Fall Court' presents notice:

## Notice and Demand [respectfully] for Findings of Fact and Conclusions of Law, regarding My 'Writ of Mandamus'

in regards to My case [cf. 15-1513] and case 1:13-cr-135M (and its variations) at 'Federal District Court', at Providence, Rhode-Island; i, the man, John Joseph Fall ("i", "Me") declare by affirmation, with firsthand knowledge, that the following statements are My truth, to the best of My knowledge and beliefs, without intent to mislead; and My required redress is fair, just, necessary and proper; and i believe no [wo]man will say contrary;

1. i am a man, a Pre-1933 Private Citizen, American National, upon the land of the United States; without surety to either the Public or an artificial person; and i am not a trustee

2. at all times, i have been, and remain, without titles, without characteristic of person, without representation (though i do not waive My right to 'assistance of counsel'), and without liability; i am neither a "U.S. Citizen" nor a Public Citizen;

3. The 'UNITED STATES OF AMERICA' has neither jurisdiction nor authority over Me and/or My property; (time, freedom et cetera);

4. i am under false imprisonment and My property is extorted by way of said case (My property is My time, freedom, reputation, innocense, dignity, earning ability and more); yet, <u>there is no accusation</u>, under oath or affirmation, as firsthand knowledge, demonstrating that i did or do wrong and/or did or do cause a harm, injury and/or financial loss stated as true and accurate;

5. Only i have made (asserted) a verifiable claim and accusation on the record of said case 1:13-cr-135M, with both being made under affirmation as My firsthand knowledge, in living voice; and both being verified at Courtroom #3, in living voice; and on the record;

6. i did and do <u>no wrong</u>; and i appeared at all times by special visitation, under threat and duress, as a 3rd party with interest in property;

7. i wrote the foregoing truths, plus many injustices and judicial errors in 'My <u>Writ of Mandamus</u>' in My case [Cf. 15-1513] which is solely My property; yet, the 'JUDGEMENT' adjoined hereto (by "Margaret Carter") says "denied"; meanwhile it contains errors:

a) My 'Writ of Mandamus' is recorded at 'Federal District Court' on the land of Boston, for justice by way of common law; not in or at 'United States Court of Appeals';

b) i did not record a "petition" (which means to "beg"), rather, i recorded a <u>claim</u> (which means "a demand by right");

c) i am not now, nor have i ever been: John J. Fall, JOHN J. FALL, JOHN JOSEPH FALL, nor defendant, nor petitioner, nor the "accused", nor plaintiff; nor surety for any of those persons;

d) said "JUDGEMENT" bears neither the lawful signature of the [wo]man who acts as clerk, nor the lawful seal of the court

e) there is no indication or demonstration that said "JUDGEMENT" is based on facts, evidence and/or Acts of Congress stated under oath or affirmation, as firsthand knowledge, which expressly counters, rebuts and/or opposes <u>My truths</u> in My said 'Writ of Mandamus' and its attachments;

f) said "JUDGEMENT" aids harm to Me (mental terror; i have incurable cardiomyopathy and chronic anticoagulation), and damages and injures My property and said interest;

g) i have neither enjoyed, received, nor had a proper 'trial by jury' [Cf. Article 6, Clause 2; 7th and 9th amendments in Bill of Rights]; see Ecclesiastes 5:5 in God's Holy Scriptures; KJV;

[The] Redress i wish and require:

8. i wish and require that the applicable Magistrates ["Judge(s)" Lynch, Howard and Thompson] provide and send to Me:
    a) each of their findings of facts and conclusions of law for denying My 'Writ of Mandamus';
    b) Any and all facts, evidence and testimony, which counters, rebuts and/or opposes My truths in My statements (all three documents attached); such is necessary and proper for justice; and for seeking redress at Supreme Court of United States (if needed);

9. [Thus:] i wish and require to now be freed from prison (detention, confinement) and cease all trespass and encumbrance against My God-given rights, said property and interest, until a proper verifiable claim and/or sworn accusation is made against Me and/or My property, by a man or woman with firsthand knowledge; and until a proper response is made to My 'Writ of Mandamus' and its attachments, by all accusers, under oath or affirmation, as firsthand knowledge; NOTICE (please): My 4th son, Christopher (age 14) has role in a school play May 14 to 16 for Barrington Christian Academy, that he worked very, very hard for; he deserves to have Me, his Dad, there, as he too has done no wrong;

10. i do not comprehend the strange and foreign legal language of the legal society, nor its legalese and customs, as spoken and

written by attorneys, federal defenders, prosecutors and members of the legal society; i am an idiot (a man in private) relevant to the legal society; i therefore do not wish to participate with such legal society; i therefore wish and require all spoken and written communications to Me, be solely in the common way of English language words; Cf. 13th amendment;

11. At all times, therefore, i am without intent to, and i require not to, traverse into, statutory and/or administrative court;

12. At all times, i wish and require to obtain justice [and said property] solely by way of the Supreme law of the land, the common law (meaning the law of God as required by God in the Holy Scriptures; see Ecclesiastes 12:13; and not by the will of the legislature; with the aid of the Maxims of Equity ("Equity does what ought to have been done"); i require accuser and "Plaintiff" to appear posthaste;

> Notice: "better to let 5 guilty men go free than to put one innocent man in prison"
> —Old Chinese Proverb

[Cf. Cheek vs. USA; Supreme Court: "the jury must find that the defendant knew of the specific provision of law..."]

13. Failure by "Plaintiff" and accuser to rebut, within 7 days, each of the foregoing 12 statements, under oath or affirmation, as firsthand knowledge, indicates acceptance as truth; i will verify all herein be true, in open court;

BY: *john joseph fell*, agent      May 8, 2015
John Joseph Fell, a man, Private Citizen, agent

Page 5 of 5